No. 97–826. AT&T CORP. ET AL. *v.* IOWA UTILITIES BOARD
ET AL.; and AT&T CORP. ET AL. *v.* CALIFORNIA ET AL.;
No. 97–829. MCI TELECOMMUNICATIONS CORP. *v.* IOWA UTILI-
TIES BOARD ET AL.; and MCI TELECOMMUNICATIONS CORP. *v.*
CALIFORNIA ET AL.;
No. 97–830. ASSOCIATION FOR LOCAL TELECOMMUNICATIONS
SERVICES ET AL. *v.* IOWA UTILITIES BOARD ET AL.;
No. 97–831. FEDERAL COMMUNICATIONS COMMISSION ET AL. *v.*
IOWA UTILITIES BOARD ET AL.; and FEDERAL COMMUNICATIONS
COMMISSION ET AL. *v.* CALIFORNIA ET AL.;
No. 97–1075. AMERITECH CORP. ET AL. *v.* FEDERAL COMMUNI-
CATIONS COMMISSION ET AL.;
No. 97–1087. GTE MIDWEST INC. *v.* FEDERAL COMMUNICA-
TIONS COMMISSION ET AL.;
No. 97–1099. U S WEST, INC. *v.* FEDERAL COMMUNICATIONS
COMMISSION ET AL.; and
No. 97–1141. SOUTHERN NEW ENGLAND TELEPHONE CO.
ET AL. *v.* FEDERAL COMMUNICATIONS COMMISSION ET AL. C. A.

8th Cir. [Certiorari granted, *ante*, p. 1089.] Motion of local exchange carriers regarding oral argument granted. Two hours are allotted for oral argument; the first hour is limited to the jurisdictional issue, and the second hour is limited to the nonjurisdictional issues. Divided argument is granted with respect to the jurisdictional issue to be divided as follows: petitioners/cross-respondents, 30 minutes; state respondents/cross-petitioners, 15 minutes; private respondents/cross-petitioners, 15 minutes. Motion of respondent California for divided argument and for additional time for oral argument denied. JUSTICE O'CONNOR took no part in the consideration or decision of these motions.